UNITED STATES DISTRICT COURT
For the District of Rhode Island

In re: Federal Process Servers — Misc. #82 - 26

**ORDER**

Having completed the requirements as outlined by the filing of an affidavit and bond, it is hereby ordered that the following individuals are appointed as Special Process Servers within and for the District of Rhode Island for a period of one year in accordance with the Rules of Court, commencing on June 30, 2005. Said authority to serve can be terminated at will by this Court without hearing.

Michael H. Arnold
Joyce E. Bourque
Richard Bourque
William A. Calise
Frank V. Catamero
Thomas M. Clarke
Roland M.J. Daigle
Vincent DeFalco, Jr.
Alfred Harris
Paul Hughes
Daryl G. Jamieson
Joseph Keating
Anthony LaFazia
Ernest W. Legault
Frederick J. McCarthy
John E. Moy
Kenneth K. Norigian
Ronald J. Russo
Edwin J. Semper Jr.
Merlene Semper
Dennis M. Taber

By Order,

Paulette J Dube

Paulette J. Dube, Chief Deputy Clerk

ENTER:

Mary M. Lisi

Mary M. Lisi, District Judge
June 30, 2005