UNITED STATES DISTRICT COURT
For the District of Rhode Island

In re: Federal Process Servers

Misc. #82 - 26

**ORDER**

Having completed the requirements as outlined by the filing of an affidavit and bond, it is hereby ordered that the following individuals are appointed as Special Process Servers within and for the District of Rhode Island for a period of one year in accordance with the Rules of Court, commencing on June 29, 2006. Said authority to serve can be terminated at will by this Court without hearing.

Michael H. Arnold
Joyce E. Bourque
Richard Bourque
Frank V. Catamero
Thomas M. Clarke
Roland M. J. Daigle
Vincent DeFalco, Jr.
Alfred Harris
Paul Hughes
Daryl G. Jamieson
Anthony LaFazia
John N. Lessard
Frederick J. McCarthy
John E. Moy
Kenneth K. Norigian
Ronald J. Russo
Edwin J. Semper, Jr.
Merlene Semper
Dennis M. Taber

By Order,

Paulette J. Dube

Paulette J. Dube, Chief Deputy Clerk

ENTER:

Ernest C. Torres

Ernest C. Torres, Chief Judge
June 29, 2006