UNITED STATES DISTRICT COURT
For the District of Rhode Island

In re: Federal Process Servers — Misc. #82 - 26

**ORDER**

Having completed the requirements as outlined by the filing of an affidavit and bond, it is hereby ordered that the following individuals are appointed as Special Process Servers within and for the District of Rhode Island for a period of one year in accordance with the Rules of Court, commencing on July 19, 2006. Said authority to serve can be terminated at will by this Court without hearing.

Joseph Keating — Ernest W. Legault

By Order,

Paulette J. Dube

Paulette J. Dube, Chief Deputy Clerk

ENTER:

Ernest C. Torres

Ernest C. Torres
Chief Judge
July 20 2006