UNITED STATES DISTRICT COURT
For the District of Rhode Island

In re: Federal Process Servers

Misc. #82 - 26

**ORDER**

Having completed the requirements as outlined by the filing of an affidavit and bond, it is hereby ordered that the following individuals are appointed as Special Process Servers within and for the District of Rhode Island for a period of one year in accordance with the Rules of Court, commencing on June 30, 2007. Said authority to serve can be terminated at will by this Court without hearing.

Joyce E. Bourque

Richard Bourque

By Order,

Paulette J. Dube

Paulette J. Dube, Chief Deputy Clerk

ENTER:

Mary M. Lisi

Mary M. Lisi
Chief Judge
June 26, 2007