UNITED STATES DISTRICT COURT
For the District of Rhode Island

In re: Federal Process Servers Misc. #82 - 26

**ORDER**

Having completed the requirements as outlined by the filing of an affidavit and bond, it is hereby ordered that the following individuals are appointed as Special Process Servers within and for the District of Rhode Island for a period of one year in accordance with the Rules of Court, commencing on June 30, 2007. Said authority to serve can be terminated at will by this Court without hearing.

Frank V. Catamero
Matthew J. Cimini
Thomas M. Clarke
Roland M. J. Daigle
Alfred Harris
Paul Hughes
Daryl G. Jamieson
Joseph Keating
Anthony LaFazia
Ernest W. Legault
John Lessard
Frederick J. McCarthy
Daniel J. Morrison
John E. Moy
Kenneth K. Norigian
Ronald J. Russo
Edwin J. Semper Jr.
Merlene Semper
Dennis M. Taber

By Order,

Paulette J Dube

Paulette J. Dube, Chief Deputy Clerk

ENTER:

Mary M. Lisi

Mary M. Lisi
Chief Judge
July 16 , 2007