UNITED STATES DISTRICT COURT
For the District of Rhode Island

In re: Federal Process Servers — Misc. #82 - 26

**ORDER**

Having completed the requirements as outlined by the filing of an affidavit and bond, it is hereby ordered that the following individuals are appointed as Special Process Servers within and for the District of Rhode Island for a period of one year in accordance with the Rules of Court, commencing on June 25, 2008. Said authority to serve can be terminated at will by this Court without hearing.

Joyce E. Bourque
Richard Bourque
Frank V. Catamero
Matthew J. Cimini
Thomas M. Clarke
Roland M.J. Daigle
Edward Hathaway
John Hathaway
Alfred Harris
Paul G. Hughes
Daryl G. Jamieson
Anthony LaFazia
Ernest W. Legault
John Lessard
Frederick J. McCarthy
John E. Moy
Kenneth K. Norigian
Ronald J. Russo
Edwin J. Semper
Merlene Semper
Dennis M. Taber

By Order,

Paulette J. Dube, Chief Deputy Clerk

ENTER:

Mary M. Lisi, Chief Judge
June 25, 2008